John COSTELLO, Trustee of the Estate of Angelo Pagliaro, Bankrupt, Appellant, v. C. N. GOLDEN, Appellee.

No. 13082.

United States Court of Appeals
Ninth Circuit.

May 15, 1952.

Shapro & Rothschild, San Francisco, Cal. (Daniel R. Cowans, San Francisco, Cal., of counsel), for appellant.

Robert H. Moran, Phillip M. Millspaugh, Richmond, Cal., for appellee.

Before MATHEWS, HEALY and BONE, Circuit Judges.

PER CURIAM.

This appeal is from an order of the District Court reversing an order of a referee in bankruptcy. On the grounds and for the reasons stated in the District Court's opinion, 99 F.Supp. 548, the order appealed from is affirmed.

Louis Joe LE FORCE, Appellant, v. UNITED STATES of America, Appellee.

No. 13662.

United States Court of Appeals
Fifth Circuit.

June 2, 1952.

Rehearing Denied July 2, 1952.

Clyde G. Hood, Howard Dailey, Dallas, Tex., for appellant.

Lester L. May, Asst. U. S. Atty., Frank B. Potter, U. S. Atty., Dallas, Tex., for appellee.

Before HOLMES, STRUM, and RIVES, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

**3**